JAMES R. EVANS, JR. (State Bar No. 119712)
RYAN T. MCCOY (State Bar No. 239882)
**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100
E-mail: james.evans@alston.com
          ryan.mccoy@alston.com

Attorneys for Defendant
**BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES**

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARIA SANTOS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES,<br><br>Defendant. | Case No.:  2:15-cv-07448-R-AFM<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>Judge:  Manuel L. Real<br>Magistrate:  Alexander F. MacKinnon<br><br><br>Date filed:  September 23, 2015 |

1   Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter
2 shall be dismissed with prejudice against all parties. Each party is to bear their own
3 attorneys' fees and costs.
4   The Clerk shall close the case file.

6   DATED: January 21, 2016    _____
                               Hon. Manuel L. Real
7                              United States District Judge